## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                       **Case No. 4:13CR00136-001 KGB**

**JAMES LESLIE LOWE, JR.**                                            **DEFENDANT**

## ORDER

Due to transportation issues with bringing the defendant to the sentencing hearing presently scheduled for May 14, 2014, this matter is removed from this Court's calendar and will be reset by amended notice.

SO ORDERED this 9th day of May, 2014.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge